1

2

3

4

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DARIUS GAINES,                        No. 2:10-cv-00429-MCE-KJM P

12          Petitioner,

13     vs.                          ORDER

14  DARRELL G. ADAMS,

15          Respondent.

16  _____/

17        On August12, 2010, petitioner filed a document titled "request for rehearing."

18  The court construes this as a motion for reconsideration of the court's July 6, 2010 order

19  dismissing this case.

20        A district court may reconsider a ruling under either Federal Rule of Civil

21  Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5

22  F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is

23  presented with newly discovered evidence, (2) committed clear error or the initial decision was

24  manifestly unjust, or (3) if there is an intervening change in controlling law."  Id. at 1263.

25  /////

26  /////

Plaintiff fails to point to any evidence, law or anything else suggesting the court should reconsider its order dismissing this action.  Accordingly, IT IS HEREBY ORDERED that plaintiff's August 12, 2010 "request for rehearing" is denied.

Dated:  August 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE